**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PAULETTE DILWORTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No: 1:16-cv-04837 |
| vs. ) | |
| ) | Judge Joan B. Gottschall |
| SMARTPAY LEASING, INC., ) | |
| ) | |
| Defendant. ) | |

**SMARTPAY LEASING INC.'S DISCLOSURE PURSUANT TO
FFEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.2**

Defendant SmartPay Leasing, Inc., by counsel, states pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2 that its stock is wholly owned by WNLI Holdings, Inc.

Respectfully submitted,

SMARTPAY LEASING, INC.

By: /s/ James J. Morrissey
One of its attorneys

Anna-Katrina S. Christakis
James J. Morrissey
Pilgrim Christakis LLP
321 North Clark Street, 26th Floor
Chicago, Illinois 60654
Ph. (312) 280-0441
Fax (312) 939-0983
Email: jmorrissey@pilgrimchristakis.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 26, 2016, I electronically filed the foregoing Defendant's Corporate Disclosure with the Clerk of the Court using the CM/ECF system, which will send a notification to the following:

Mohammed Omar Badwan
Sulaiman Law Group, Ltd
900 Jorie Bouldvard, Suite 150
Oak Brook, IL 60523

                                                /s/ James J. Morrissey