**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PAULETTE DILWORTH, <br><br> Plaintiff, <br><br> v. <br><br> SMARTPAY LEASING, INC., <br><br> Defendants. | Case No: 1:16-cv-04837 <br><br> Honorable Judge Martha M. Pacold |

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that PAULETTE DILWORTH ("Plaintiff") and SMARTPAY LEASING, INC. ("Defendant"), hereby notify the Court that the Parties have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate on filing a stipulation of dismissal with prejudice within 45 days.

Respectfully submitted this 4th day of September, 2019.

                Respectfully submitted,

                *s/ Mohammed O. Badwan*
                Mohammed O. Badwan
                Sulaiman Law Group, Ltd.
                2500 S. Highland Ave., Ste. 200
                Lombard, IL 60148
                Phone: (630) 575-8180
                mbadwan@sulaimanlaw.com
                *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

*s/ Mohammed O. Badwan*