## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Paulette Dilworth

                              Plaintiff,

v.                                                      Case No.: 1:16–cv–04837
                                                                Honorable Martha M. Pacold

SmartPay Leasing, Inc.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 25, 2019:

      MINUTE entry before the Honorable Martha M. Pacold: This case is hereby dismissed with prejudice and each party shall bear its own costs and attorney fees pursuant to the Stipulation of Dismissal [48] filed by the parties on 9/25/19.Civil case terminated. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.